AO 91 (Rev. 11/11) Criminal Complaint

FELONY

United States Courts
Southern District of Texas
FILED
*October 15, 2026*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Jose Angel Vazquez-Mendoza<br>*Defendant(s)* | ) | Case No. 1:26-MJ-1232 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 2, 2022 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S. Code § 611(a) | It shall be unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner. |

This criminal complaint is based on these facts:

Defendant Jose Vazquez-Mendoza is a citizen of Mexico and lawful permanent resident of the United States who is ineligible to vote in United States federal elections. On April 5, 2018, Defendant filled out a Texas Voter Registration Application in-person, answering "yes" to the question on the application asking whether he was a United States Citizen. On June 2, 2022, Defendant unlawfully voted in-person during the 2022 Special Election for Congressional District 34 during the "early voting" election period, in violation of Title 18, United States Code, Section 611(a).

☐ Continued on the attached sheet.

Jose R. Valadez, Jr.
*Complainant's Signature*

Jose R. Valadez Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 of this offense.

October 15, 2026
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ignacio Torteya, III U.S. Magistrate Judge
*Printed name and title*