UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 29 2026

NATHAN OCHSNER
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs** | § | **CRIMINAL NO. B-26-1232-MJ** |
| **JOSE ANGEL VAZQUEZ-MENDOZA** | § | |

# CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

From on or about June 2, 2022 through June 14, 2022, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**JOSE ANGEL VAZQUEZ-MENDOZA,**

an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives.

In Violation of Title 18, United States Code, Section 611(a).

Respectfully Submitted,

AARON F. REITZ
United States Attorney

**VICTORIA ARANDA**
Assistant United States Attorney
Assistant U.S. Attorney
Fed Bar No. 3941969
State Bar No. 24116037
600 E. Harrison, Ste. 201
Brownsville, TX 78520
Ph: (956) 548-2554 / Fax: (956) 548-2711